UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS 6

| | |
|---|---|
| BARRY SHY, an individual; MANHATTAN LOFT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a corporation; and DOES 1-40 inclusive,<br><br>Defendants. | CASE NO.: CV10-1415 DSF (MANx)<br>Honorable Dale S. Fischer<br><br>**JUDGMENT** |

On September 19, 2011, Defendant The Insurance Company of the State of Pennsylvania's ("ISOP") Motion for Summary Judgment as to the Entire Complaint or in the Alternative Partial Summary Judgment (Docket No. 66) and Plaintiffs' Motion for Partial Summary Judgment (Docket No. 99) came on regularly for hearing, the Honorable Dale S. Fischer presiding. After considering all the pleadings, evidence, objections, and oral argument offered, and a written decision having been duly rendered by the Court (Docket No. 110),

JUDGMENT IS HEREBY ENTERED in favor of ISOP and against each of the Plaintiffs on all of Plaintiffs' claims, causes of action, and all damages alleged in this lawsuit. This action is dismissed on the merits. Plaintiffs shall recover nothing. ISOP shall recover costs from the Plaintiffs in an amount to be determined pursuant to Fed. R. Civ. P. 54(d).

DATED: 10/13/11

_____
The Honorable Dale S. Fischer
United States District Court Judge